1

2

3

4

5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7

8  DOYLE WARKENTIN,                                    CASE NO. 1:11-cv-01752-LJO-SMS

9                          Plaintiff,

                                                       ORDER GRANTING PLAINTIFF'S
10          v.                                         MOTION TO PROCEED *IN FORMA*
                                                       *PAUPERIS*
11  COUNTRYWIDE HOME LOANS, et al.,

12                         Defendants.                 (Doc. 2)

13                                              /

14          By a motion filed October 21, 2011, Plaintiff Doyle Warkentin seeks to proceed *in forma*

15  *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

16  1915(a).

17          Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

18          Notwithstanding this order, the Court does not direct that service be undertaken until the

19  Court screens the complaint in due course and issues its screening order.

20

21  IT IS SO ORDERED.

22  **Dated:    October 26, 2011**                          **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1